No. 88–940. BANK ONE, STEVENS POINT, NA *v.* UNITED STATES DEPARTMENT OF COMMERCE ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–947. HARRISON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 88–948. CITY OF BRUNSWICK, GEORGIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–966. SWEENEY ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–979. BAUM ET AL. *v.* NOLAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–990. DEHAL *v.* FRANK, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 88–999. FRACCOLA *v.* CITY OF UTICA ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 88–1064. MILLER *v.* CONAGRA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1085. ESTATE OF WILLIS ET AL. *v.* ESTATE OF RILEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1098. BERG *v.* HUNTER ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1101. MADISON *v.* DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION. Ct. App. D. C. Certiorari denied.

No. 88–1103. WILDER ET AL. *v.* NEW YORK STATE URBAN DEVELOPMENT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1115. WILMOTH *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 88–1122. GOETZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.